IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILLARD S. BETHEA, | No. 3:19-CV-01713 |
| Plaintiff. | (Judge Brann) |
| v. | |
| THERESA DELBALSO, SUPERINTENDENT, *et al.*, | |
| Defendants. | |

## ORDER

### OCTOBER 15, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order is deemed to be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge